# Court of Appeals
# of the State of Georgia

ATLANTA, March 27, 2026

*The Court of Appeals hereby passes the following order*

**A26I0162. TYSON COOPER v. THE STATE.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

SU25CR0942



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta, March 27, 2026.*

*I certify that the above is a true extract from the minutes*
*of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*, Clerk.*